Josephine Nolan, appellant, v. John J. Nolan, appellee. Gen. No. 33,582.

Opinion filed May 14, 1930.

Kern, Stiefel & Stiefel, for appellant; Jacob J. Kern and Charles W. Stiefel, Jr., of counsel. John F. Higgins and Myer H. Gladstone, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Marion Wertheimer, by David Wertheimer, her next friend, appellee, v. William J. Ryan Cinder Company et al., appellants. Gen. No. 33,780.

Opinion filed May 14, 1930.

Albert G. Miller and James Clark Smith, for appellants; Joseph P. Power, of counsel. Finn & Miller, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Bert Schreiber, appellee, v. Abe Cohen, appellant. Gen. No. 33,792.

Opinion filed May 14, 1930.

Abraham Redman, for appellant. Lederer, Livingston, Kahn & Adler, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Albert Pick & Company, appellee, v. Chicago Trust Company, appellant. Gen. No. 33,823.

Opinion filed May 14, 1930.

Defrees, Buckingham, Jones & Hoffman, for appellant; Vincent O'Brien and Einar C. Howard, of counsel. Ringer, Wilhartz & Hirsch, for appellee; Sidney J. Wolf, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.